■ In the Matter of the CITY OF NEW YORK, Appellant, Relative to

Acquiring Title to Real Property Required for East Brooklyn High School in the Borough of Brooklyn. Luis Velez et al., Respondents.—In a condemnation proceeding, the City of New York appeals from an order of the Supreme Court, Kings County, entered February 19, 1975, which, *inter alia,* granted the motion of respondent Velez to direct the city to make payment to him of a certain sum of money. Order affirmed, without costs or disbursements. Upon the facts adduced, the order appealed from was properly made. Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.